IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEANA PARKO, et. al., | ) | |
| | ) | |
|     PlaintiffS, | ) | Case No. 12-336-GPM-PMF |
| | ) | |
| vs. | ) | CJRA Track  D |
| | ) | |
| SHELL OIL COMPANY, et. al., | ) | Presumptive Trial Month: |
| | ) | April, 2015 |
|     Defendants. | ) | |

## SCHEDULING AND DISCOVERY ORDER

Having reviewed the Report of the Parties and finding that the parties have complied with the requirements of Federal Rule of Civil Procedure 26(f), SDIL-LR 16.2(a), and SDIL-LR 23.1, the Court hereby approves and enters the Proposed Scheduling and Discovery Order as submitted by the parties.

The presumptive trial month is April, 2015.

It is further ORDERED that any challenges to a potential witness' testimony brought pursuant to Fed. R. Evid.  702 or 703 MUST be made via motion filed not later than the deadline for filing dispositive motions. Any objection will be deemed waived after that date.

    **DATED:   October 22, 2012.**

                                                              /s/ *Philip M. Frazier*
                                                              HON. PHILIP M. FRAZIER
                                                              UNITED STATES MAGISTRATE JUDGE