IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEANA PARKO, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 12-336-GPM-PMF |
| | ) | |
| SHELL OIL COMPANY, ET AL., | ) | CJRA TRACK: D |
| | ) | PRESUMPTIVE TRIAL MONTH: |
| Defendants. | ) | April, 2014 |

**JOINT REPORT OF THE PARTIES AND PROPOSED
SCHEDULING AND DISCOVERY ORDER
(CLASS ACTION)**

Pursuant to Federal Rule of Civil Procedure 26(f), SDIL-LR 26.1, and SDIL-LR 23.1, an initial conference of the parties was held on October 2, 2012, Derek Brandt and Jo Anna Pollock for Plaintiffs; Richard Korn and Bart Sullivan for the Shell Defendants; Larry Hepler and Beth Bauer for the ConocoPhillips Defendants participating.

Defendants are filing an unopposed joint motion to continue the presumptive trial month to April 2015.  The discovery and scheduling plans below are based on the April 2015 trial date.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Discovery prior to Class Certification must be sufficient to permit the Court to determine whether the requirements of Federal Rule of Civil Procedure 23 are satisfied, including a preliminary inquiry into the merits of the case to ensure appropriate management of the case as a Class Action.  In order to ensure that a Class Certification decision be issued as soon as practicable, however, priority shall be given to discovery on class issues. Once Class Certification is decided, the Court may, upon motion of either party, enter a second scheduling and discovery order, if necessary.

2. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 and SDIL-LR 33.1, shall be served on opposing parties by      11/30/2012     .

    Due to the nature of this case, the parties are exempted from compliance

with Federal Rules of Civil Procedure 30(a)(2)(A) (10 deposition limit) and 33(a) (25 interrogatory limit).

3. Plaintiff(s) depositions shall be taken by ___01/21/2013___. Plaintiff(s) depositions for remaining fact discovery shall be taken by 05/01/2014.

4. Defendant(s) depositions for purposes of class certification shall be taken by ___02/1/2013___. Defendant(s) depositions for remaining fact discovery shall be taken by 05/01/2014.

5. Motions to amend the pleadings, including the commencement of Third Party actions, must be commenced by ___02/15/2013___.

6. Expert witnesses for Class Certification, if any, shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

   Plaintiff(s) expert(s): ___02/15/2013___.

   Defendant(s) expert(s): ___03/29/2013___.

7. Depositions of Class Certification expert witnesses must be taken by:

   Plaintiff(s) expert(s): ___03/01/2013___.

   Defendant(s) expert(s): ___04/05/2013___.

8. Plaintiff(s) Motion for Class Certification and Memorandum in Support shall be filed by ___02/15/2013___ and shall not exceed _40_ pages.

9. Defendant(s) Memorandum in Opposition to Class Certification shall be filed by ___03/29/2013___ and shall not exceed _40_ pages.

10. Plaintiff(s) Reply Memorandum, if any, must be filed by ___04/19/2013___ and shall not exceed _25_ pages.

11. The Class Certification hearing will be set by separate notice.

12. Expert witnesses for trial, if any, shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

    Plaintiff(s) expert(s): ___06/02/2014___.

    Defendant(s) expert(s): ___08/04/2014___.

      Plaintiff(s) rebuttal expert(s):___10/03/2014__.

13. Depositions of trial expert witnesses must be taken by:

      Plaintiff(s) expert(s):_____07/02/2014_____.
      Defendant(s) expert(s):_____09/04/2014_____.

        Plaintiff(s) rebuttal expert(s): _____11/03/14_____ .

14. All fact discovery shall be completed by <u>05/01/2014</u>. All expert discovery shall be completed by _____12/05/2014_____ (which date shall be no later than **115 days** before the first day of the presumptive trial month). Any written interrogatories or request for production served after the date set out in the Scheduling and Discovery Order shall be served by a date that allows the served parties the full 30 days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

15. All dispositive motions shall be filed by _____12/22/2014_____ (which date shall be no later than **100 days** before the first day of the presumptive trial month). Dispositive motions filed after this date will not be considered by the Court.

DATED:  October 12, 2012.

SIMMONS BROWDER GIANARIS ANGELIDES
& BARNERD LLC


__s/Jo Anna Pollock  (w/consent)_____
Derek Y. Brandt (#6228895)
G. Michael Stewart (#6230339)
Jo Anna Pollock (#6273491)
One Court Street
Alton, Illinois  62002
(618) 259-2222 Tel.
(618) 259-2251 Fax
dbrandt@simmonsfirm.com
mstewart@simmonsfirm.com
jpollock@simmonsfirm.com


Paul J. Hanly, Jr.
Jayne Conroy
Andrea Bierstein
HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP
112 Madison Avenue
New York, NY 10016
(212) 784-6400 Tel.
(212) 784-6420 Fax
phanly@hanlyconroy.com
jconroy@hanlyconroy.com
abierstein@hanlyconroy.com

-and-

Melissa K. Sims (#6231297)
Melissa K. Sims Law Office
1611 Fifth Street
Peru, Illinois  61356
(815) 224-2030 Tel.
(815) 224-2900 Fax
simsmelissa7@gmail.com

Attorneys for Plaintiffs and Putative
Class

<div style="margin-left: 50%;">

/s/ Larry E. Hepler
LARRY E. HEPLER     #01195603
BETH A. BAUER       #06274533
HeplerBroom LLC
130 N. Main St.
P.O. Box 510
Edwardsville, IL  62025
Telephone: (618) 656-0184
Fax: (618) 656-1364
Attorneys for Defendants
ConocoPhillips Company,
WRB Refining LP,
ConocoPhillips WRB Partner LLC and
Cenovus GPCO LLC

/s/ Richard B. Korn (with consent)
Richard B. Korn, # 06229621
rkorn@foxgalvin.com
Bart C. Sullivan, # 06198093
bsullivan@foxgalvin.com
Ryan E. Mohr, # 06286893
rmohr@foxgalvin.com
Fox Galvin LLC
One South Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000
(314) 588-1965 (Fax)
Attorneys for Defendant Shell Oil Company
and Equilon Enterprises, LLC,
d/b/a Shell Oil Products US

</div>