IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEANA PARKO,** *individually and on behalf of all others similarly situated,* **et al,**

    **Plaintiffs,**

  -vs-

**SHELL OIL COMPANY, et al.**

    **Defendants.**                      NO. 12-cv-336-DRH

## ORDER

**HERNDON, Chief Judge**

Pursuant to 28 U.S.C. §455, the undersigned judge hereby RECUSES himself from further proceeding in the above-entitled matter. The Clerk of the Court has reassigned this matter to United States District Judge J. Phil Gilbert. All further documents filed in this matter shall bear case number 12-cv-336-JPG-PMF.

**IT IS SO ORDERED.**

**DATED:** December 4, 2013

David R. Herndon
2013.12.04
10:40:27 -06'00'

CHIEF JUDGE
U.S. DISTRICT COURT